**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Candice L. Homa<br>Jason W. Homa<br><br>Debtors | CHAPTER 7<br><br>BKY. NO. 19-21818 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/James C. Warmbrodt, Esquire**
                          James C. Warmbrodt, Esquire
                          Attorney I.D. No. 42524
                          KML Law Group, P.C.
                          BNY Mellon Independence Center
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          412-430-3594
                          jwarmbrodt@kmllawgroup.com