Form 131

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Jason W. Homa**
**Candice L. Homa**
Debtor(s)

Bankruptcy Case No.: 19−21818−JAD

Chapter: 7
Docket No.: 11 − 1

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **May 2, 2019** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **May 16, 2019** and failure to meet that deadline would result in the dismissal of the case.

As of **May 17, 2019,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order*.

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: May 17, 2019

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 19-21818-JAD
Jason W. Homa                                                               Chapter 7
Candice L. Homa
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2              Date Rcvd: May 17, 2019
                              Form ID: 131            Total Noticed: 24

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2019.
db/jdb         +Jason W. Homa,    Candice L. Homa,    209 Underwood Ave.,    Elizabeth, PA 15037-1741
15045431        CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15045432       +Citicards CBNA,    P.O. Box 6217,    Sioux Falls, SD 57117-6217
15045434       +Daniel J. Santucci,    1 International Plaza, 5th Floor,    Philadelphia, PA 19113-1510
15045436        Jefferson Regional Medical Center,    c/o CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15045438        Midland Credit Management,    P.O. Box 51319,    Los Angeles, CA 90051-5619
15045439        PA Municpal Service Co.,    336 Delaware Ave, Dept W-40,    Oakmont, PA 15139-2138
15045440        Partners in Nephro & Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
15045445        SYNCB,    c/o Midland Funding,    2635 Northside Dr., Suite 30,    San Diego, CA 92108
15045442       +Sam's Club,    c/o Midland Funding, LLC,    P.O. Box 2001,    Warren, MI 48090-2001
15045444       +South Hills Gastro Associates,    P.O. Box 615,    Connellsville, PA 15425-0615
15045447       +United Collections Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
15045448        Waterfront Anesthesia,    P.O. Box 49,    Pittsburgh, PA 15230-0049
15045449        Waterfront Surgery Center,    495 East Waterfront Dr, Suite 110,    Homestead, PA 15120-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 18 2019 02:11:54      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM May 18 2019 06:03:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15045429        EDI: ARSN.COM May 18 2019 06:03:00      ARS National Services, Inc.,    P.O. Box 469100,
                 Escondido, CA 92046-9100
15045430        EDI: BANKAMER.COM May 18 2019 06:03:00      Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
15045433        E-mail/Text: cwfcu@verizon.net May 18 2019 02:12:17      Clairton Works Federal Credit Union,
                 121 S 2nd Ave,    Elizabeth, PA 15037
15045435        EDI: DISCOVER.COM May 18 2019 06:03:00      Discover Financial Services,    P.O. Box 15316,
                 Wilmington, DE 19850
15045437       +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 18 2019 02:12:07      Key Bank,
                 4910 Tidemand Road,    Cleveland, OH 44144-2338
15045441        E-mail/Text: bankruptcydepartment@tsico.com May 18 2019 02:12:20      Partners in Nephro & Endo,
                 c/o Transworld Systems Inc.,    P.O. Box 15520,    Wilmington, DE 19850-5520
15045443        EDI: RMSC.COM May 18 2019 06:03:00      Sams Club MC/SYNCB,    P.O. Box 960013,
                 Orlando, FL 32896-0013
15045814       +EDI: RMSC.COM May 18 2019 06:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA , N.A.
15045446*       SYNCB,    c/o Midland Funding,    2635 Northside Dr., Suite 30,    San Diego, CA 92108
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2019 at the address(es) listed below:
              Dennis J. Spyra    on behalf of Debtor Jason W. Homa attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Joint Debtor Candice L. Homa attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              James   Warmbrodt    on behalf of Creditor    BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: bsil              Page 2 of 2            Date Rcvd: May 17, 2019
                              Form ID: 131            Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jeffrey J. Sikirica   trusteesikirica@zoominternet.net, PA59@ecfcbis.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          TOTAL: 5