## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** ) | **Case No. 19-21818 JAD** |
| **Jason W. Homa &** ) | **Chapter 7** |
| **Candice L. Homa,** ) | |
| ) | |
| **Debtors.** ) | |

## AFFIDAVIT OF INCOME

I declare under penalty of perjury that I am currently unemployed and receive no income per month.

Dated:  05/28/2019                                         */s/Candice L. Homa*
                                                                         Candice L. Homa

Penalty for making false statement or concealing property is a Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Section 152 and 3571.