### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No.  19-21818 JAD** |
| **Jason W. Homa &** | ) | **Chapter 7** |
| **Candice L. Homa,** | ) | |
| | ) | **Doc No.**  13 |
| **Debtors.** | ) | **Related to Document #11** |
| | ) | |
| **Jason W. Homa &** | ) | |
| **Candice L. Homa,** | ) | |
| | ) | |
| **Movants,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **No Respondent,** | ) | |

### ORDER OF COURT

AND NOW, this __31st__ day of ___May_____, 2019, and upon consideration of

the foregoing Motion to Reconsider Order Dismissing Case Dated May 17, 2019, it is

hereby:

ORDERED that the Order Dismissing Case dated May 17, 2019 be and hereby

is VACATED.

_____  jsf
U.S. Bankruptcy Judge

FILED
5/31/19 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-21818-JAD
Jason W. Homa                                                             Chapter 7
Candice L. Homa
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: May 31, 2019
                             Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
```
db/jdb        +Jason W. Homa,    Candice L. Homa,    209 Underwood Ave.,   Elizabeth, PA 15037-1741
15045430       Bank of America,    P.O. Box 31785,   Tampa, FL 33631-3785
15045431       CBCS,    P.O. Box 2724,   Columbus, OH 43216-2724
15045432      +Citicards CBNA,    P.O. Box 6217,   Sioux Falls, SD 57117-6217
15045434      +Daniel J. Santucci,    1 International Plaza, 5th Floor,   Philadelphia, PA 19113-1510
15045436       Jefferson Regional Medical Center,    c/o CBCS,   P.O. Box 2724,   Columbus, OH 43216-2724
15045438       Midland Credit Management,    P.O. Box 51319,   Los Angeles, CA 90051-5619
15045439       PA Municpal Service Co.,    336 Delaware Ave, Dept W-40,   Oakmont, PA 15139-2138
15045440       Partners in Nephro & Endo,    5171 Liberty Avenue,   Pittsburgh, PA 15224-2254
15045445       SYNCB,    c/o Midland Funding,    2635 Northside Dr., Suite 30,   San Diego, CA 92108
15045442      +Sam's Club,    c/o Midland Funding, LLC,    P.O. Box 2001,   Warren, MI 48090-2001
15045444      +South Hills Gastro Associates,    P.O. Box 615,   Connellsville, PA 15425-0615
15045447      +United Collections Bureau, Inc.,    P.O. Box 140310,   Toledo, OH 43614-0310
15045448       Waterfront Anesthesia,    P.O. Box 49,   Pittsburgh, PA 15230-0049
15045449       Waterfront Surgery Center,    495 East Waterfront Dr, Suite 110,   Homestead, PA 15120-1151
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2019 03:25:09
                PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
15045429       E-mail/Text: legal@arsnational.com Jun 01 2019 03:28:27     ARS National Services, Inc.,
                P.O. Box 469100,   Escondido, CA 92046-9100
15045433       E-mail/Text: cwfcu@verizon.net Jun 01 2019 03:29:18     Clairton Works Federal Credit Union,
                121 S 2nd Ave,   Elizabeth, PA 15037
15045435       E-mail/Text: mrdiscen@discover.com Jun 01 2019 03:28:16     Discover Financial Services,
                P.O. Box 15316,   Wilmington, DE 19850
15045437      +E-mail/Text: key_bankruptcy_ebn@keybank.com Jun 01 2019 03:29:06     Key Bank,
                4910 Tiedemand Road,   Cleveland, OH 44144-2338
15045441       E-mail/Text: bankruptcydepartment@tsico.com Jun 01 2019 03:29:20     Partners in Nephro & Endo,
                c/o Transworld Systems Inc.,   P.O. Box 15520,   Wilmington, DE 19850-5520
15045443       E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 03:23:29     Sams Club MC/SYNCB,
                P.O. Box 960013,   Orlando, FL 32896-0013
15045814      +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2019 03:24:15     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                               TOTAL: 8
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA , N.A.
15045446*      SYNCB,   c/o Midland Funding,   2635 Northside Dr., Suite 30,   San Diego, CA 92108
                                                                 TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
```
              Dennis J. Spyra    on behalf of Debtor Jason W. Homa attorneyspyra@dennisspyra.com,
              deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Joint Debtor Candice L. Homa attorneyspyra@dennisspyra.com,
              deborah@dennisspyra.com;missdebrastone@msn.com
              James Warmbrodt    on behalf of Creditor  BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,  PA59@ecfcbis.com
              Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
                                                                               TOTAL: 5
```