# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | ) | **Case No. 19-21818 JAD** |
| | ) | |
| **Jason W. Homa and** | ) | **Chapter 7** |
| **Candice L. Homa,** | ) | |
| | ) | |
| **Debtors** | ) | |
| | ) | |
| **Jason W. Homa and** | ) | |
| **Candice L. Homa,** | ) | |
| | ) | |
| **Movant** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **No Respondents.** | ) | |

### NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING DEBTORS MOTION TO CONVERT CHAPTER 7 CASE TO A CASE UNDER CHAPTER 13

TO THE RESPONDENT(S):

You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **November 16, 2019** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A hearing will be held on **November 26, 2019, at 10:00 a.m.** before Judge Jeffrey A. Deller in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

**Date of Service: October 30, 2019**

                                                **Respectfully Submitted:**

                                                /s/Dennis J. Spyra
                                                Dennis J. Spyra, Esquire
                                                PA ID #46188
                                                1711 Lincoln Way
                                                White Oak, PA 15131
                                                412-673-5228
                                                attorneyspyra@dennisspyra.com