# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JASON W. & CANDICE L. HOMA
**Case Number:** 19-21818-JAD     **Chapter:** 7
**Date / Time / Room:** TUESDAY, NOVEMBER 26, 2019 10:00 AM  COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Motion To Convert To Chapter 13 filed by Debtors
- No Response Filed [Due 11/16/2019]
R / M #: 26 / 0

- CNO FILED 11/21/19

## Appearances:

CHAPTER 7 TRUSTEE: Jeffrey J. Sikirica, Esq.
DEBTOR(S): Dennis Sypra, Esq.
CREDITOR(S):
CREDITOR(S):

## Proceedings:

☑ Motion is GRANTED / DENIED
☐ Special Type Of Order:
☐ CONTINUE MATTER:
    ☐ For At Least _____ Days (Court To Issue Scheduling Order)
    ☐ To Hearing Date Of _____ at _____ AM/PM at _____
    ☐ To Conciliation Conference For _____ at _____ AM/PM at _____
☐ ISSUE EVIDENTIARY HEARING NOTICE
    ☐ Evidentiary Hearing On Value And Cram-Down Interest
    ☐ Complex / Pretrial Order - NONJURY / JURY
    ☐ Simple / Pretrial Order - NONJURY / JURY
    ☐ Parties To Undertake Discovery - Discovery Period: _____ days
☐ SETTLEMENT STIPULATION IS DUE _____
☐ OTHER:

FILED
11/26/19 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge