# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

**Debtor:** JASON W. & CANDICE L. HOMA
**Case Number:** 19-21818-JAD      **Chapter:** 7
**Date / Time / Room:** TUESDAY, NOVEMBER 26, 2019 10:00 AM   COURTROOM D
**Bankruptcy Judge:** JEFFERY A. DELLER
**Courtroom Clerk:** JEFF FURIS
**Reporter / ECR:** N/A

## Matter:

Rescheduled Motion To Dismiss Case For Abuse filed by the United States Trustee - Response Filed by Debtor on 10/30/19 at Doc. # 25
R / M #: 23 / 0

## Appearances:

CHAPTER 7 TRUSTEE: Jeffrey Sikirica, Esq.
DEBTOR(S): Dennis Spyra, Esq.
US TRUSTEE: George Conway, Esq.
CREDITOR(S):
CREDITOR(S):

## Proceedings:

✓ Motion is GRANTED / ~~DENIED~~ — withdrawn
___ Special Type Of Order:
___ CONTINUE MATTER:
       ___ For At Least ___ Days (Court To Issue Scheduling Order)
       ___ To Hearing Date Of _____ at _____ AM/PM at _____
       ___ To Conciliation Conference For _____ at _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
       ___ Evidentiary Hearing On Value And Cram-Down Interest
       ___ Complex / Pretrial Order - NONJURY / JURY
       ___ Simple / Pretrial Order - NONJURY / JURY
       ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  # ORDER

The Motion is withdrawn.

FILED
11/26/19 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*/s/ JEFFERY A. DELLER*
JEFFERY A. DELLER
U.S. Bankruptcy Judge

11-26-2019

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                             Case No. 19-21818-JAD
Jason W. Homa                                                      Chapter 7
Candice L. Homa
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dpas                  Page 1 of 2         Date Rcvd: Nov 26, 2019
                              Form ID: pdf900             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db/jdb         +Jason W. Homa,    Candice L. Homa,    209 Underwood Ave.,    Elizabeth, PA 15037-1741
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15045430        Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
15045431        CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15045432       +Citicards CBNA,    P.O. Box 6217,    Sioux Falls, SD 57117-6217
15045434       +Daniel J. Santucci,    1 International Plaza, 5th Floor,    Philadelphia, PA 19113-1510
15045436        Jefferson Regional Medical Center,     c/o CBCS,    P.O. Box 2724,   Columbus, OH 43216-2724
15045438        Midland Credit Management,    P.O. Box 51319,    Los Angeles, CA 90051-5619
15045439        PA Municpal Service Co.,    336 Delaware Ave, Dept W-40,    Oakmont, PA 15139-2138
15045440        Partners in Nephro & Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
15045445        SYNCB,    c/o Midland Funding,    2635 Northside Dr., Suite 30,    San Diego, CA 92108
15045442       +Sam's Club,    c/o Midland Funding, LLC,    P.O. Box 2001,    Warren, MI 48090-2001
15045444       +South Hills Gastro Associates,    P.O. Box 615,    Connellsville, PA 15425-0615
15045447       +United Collections Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
15045448        Waterfront Anesthesia,    P.O. Box 49,    Pittsburgh, PA 15230-0049
15045449        Waterfront Surgery Center,    495 East Waterfront Dr, Suite 110,    Homestead, PA 15120-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 27 2019 04:01:00
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15045429        E-mail/Text: legal@arsnational.com Nov 27 2019 03:57:36     ARS National Services, Inc.,
                 P.O. Box 469100,    Escondido, CA 92046-9100
15045433        E-mail/Text: cwfcu@verizon.net Nov 27 2019 03:58:35     Clairton Works Federal Credit Union,
                 121 S 2nd Ave,    Elizabeth, PA 15037
15045435        E-mail/Text: mrdiscen@discover.com Nov 27 2019 03:57:22     Discover Financial Services,
                 P.O. Box 15316,    Wilmington, DE 19850
15045437       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Nov 27 2019 03:58:21     Key Bank,
                 4910 Tidemand Road,    Cleveland, OH 44144-2338
15045441        E-mail/Text: bankruptcydepartment@tsico.com Nov 27 2019 03:58:40     Partners in Nephro & Endo,
                 c/o Transworld Systems Inc.,    P.O. Box 15520,    Wilmington, DE 19850-5520
15045443        E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:11     Sams Club MC/SYNCB,
                 P.O. Box 960013,    Orlando, FL 32896-0013
15045814       +E-mail/PDF: gecsedi@recoverycorp.com Nov 27 2019 04:00:51     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA , N.A.
15045446*       SYNCB,    c/o Midland Funding,    2635 Northside Dr., Suite 30,   San Diego, CA 92108
                                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              Dennis J. Spyra    on behalf of Debtor Jason W. Homa attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Joint Debtor Candice L. Homa attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              George M Conway    on behalf of U.S. Trustee   Office of the United States Trustee
               george.m.conway@usdoj.gov
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com
```

```
District/off: 0315-2           User: dpas              Page 2 of 2            Date Rcvd: Nov 26, 2019
                               Form ID: pdf900         Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Jeffrey J. Sikirica   trusteesikirica@zoominternet.net, PA59@ecfcbis.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                   TOTAL: 7