**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason W. Homa
Candice L. Homa**
   Debtor(s)

Bankruptcy Case No.: 19–21818–JAD

Chapter: 13
Docket No.: 35 – 34

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Jeffrey J. Sikirica, Esq. has been removed as trustee from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: November 27, 2019

                                                                                            Michael R. Rhodes
                                                                                            Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jason W. Homa
Candice L. Homa
    Debtors

Case No. 19-21818-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: Nov 27, 2019
                      Form ID: 143     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
tr            +Jeffrey J. Sikirica,    121 Northbrook Drive,    Pine Township,    Gibsonia, PA 15044-8983

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
       Dennis J. Spyra    on behalf of Debtor Jason W. Homa attorneyspyra@dennisspyra.com,
        deborah@dennisspyra.com;missdebrastone@msn.com
       Dennis J. Spyra    on behalf of Joint Debtor Candice L. Homa attorneyspyra@dennisspyra.com,
        deborah@dennisspyra.com;missdebrastone@msn.com
       George M Conway    on behalf of U.S. Trustee    Office of the United States Trustee
        george.m.conway@usdoj.gov
       James Warmbrodt    on behalf of Creditor     BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com
       Jeffrey J. Sikirica     trusteesikirica@zoominternet.net,    PA59@ecfcbis.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com,
        srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                   TOTAL: 8