IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRCT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-21818 JAD |
| | ) | |
| Jason W. Homa and | ) | Chapter 7 |
| Candice L. Homa, | ) | |
| | ) | |
| Debtors | ) | |
| | ) | Related to Doc. #26 |
| Jason W. Homa and | ) | |
| Candice L. Homa, | ) | |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| No Respondents. | ) | |

## ORDER OF COURT

AND NOW, This 26th day of Nvmh, 2019, and upon consideration, the foregoing Motion to Convert Chapter 7 Case to a Case under Chapter 13, and cause being shown why the relief therein should be granted, it is hereby:

ORDERED that Case No. 19-21818 be and is hereby converted to a case under Chapter 13 of the Bankruptcy Code.   A Chapter 13 Plan shall be filed by December 13, 2019.

_____
United States Bankruptcy Judge
Jeffery A. Deller

FILED
11/26/19 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jason W. Homa  
Candice L. Homa  
    Debtors

Case No. 19-21818-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dpas     Page 1 of 1     Date Rcvd: Nov 27, 2019  
                                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.  
db/jdb        +Jason W. Homa,    Candice L. Homa,    209 Underwood Ave.,    Elizabeth, PA 15037-1741  
                +Jeffrey J. Sikirica, Esq.,    121 Northbrook Drive,    Gibsonia, PA 15044-8983

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:  
         Dennis J. Spyra    on behalf of Joint Debtor Candice L. Homa attorneyspyra@dennisspyra.com,  
          deborah@dennisspyra.com;missdebrastone@msn.com  
         Dennis J. Spyra    on behalf of Debtor Jason W. Homa attorneyspyra@dennisspyra.com,  
          deborah@dennisspyra.com;missdebrastone@msn.com  
         George M Conway    on behalf of U.S. Trustee    Office of the United States Trustee  
          george.m.conway@usdoj.gov  
         James Warmbrodt    on behalf of Creditor    BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com  
         Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,    PA59@ecfcbis.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,  
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                                              TOTAL: 8