N

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | Case No. 19-21818-JAD |
| JASON W. HOMA AND | : | |
| CANDICE L. HOMA, | : | |
| | : | |
| Debtor(s) | : | Chapter 13 |
| | : | |
| | : | |
| | : | Related to Doc. #34 |
| | : | |

# ORDER

AND NOW, this **8th** day of **January, 2020,** the Court issued an Order granting the *Motion To Convert to Chapter 13* at Doc. # 34.  A Chapter 13 Plan was to be filed on or before December 13, 2019.   As of January 8, 2020, the plan has yet to be filed.

**IT IS HEREBY ORDERED THAT** the Debtors **SHALL FILE** a plan  on or before **January 22, 2020** or the case will be **DISMISSED  WITHOUT FURTHER NOTICE OR HEARING.**

FILED
1/8/20 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____jsf
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

00017828

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 19-21818-JAD
Jason W. Homa                                                       Chapter 13
Candice L. Homa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dpas                  Page 1 of 2              Date Rcvd: Jan 08, 2020
                                Form ID: pdf900             Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db/jdb          +Jason W. Homa,    Candice L. Homa,    209 Underwood Ave.,    Elizabeth, PA 15037-1741
15045430         Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
15045431         CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15045432        +Citicards CBNA,    P.O. Box 6217,    Sioux Falls, SD 57117-6217
15176696        +Clairton Works Federal Credit Union,    600 State St., Unit 3,    Clairton, PA 15025-1876
15045434        +Daniel J. Santucci,    1 International Plaza, 5th Floor,    Philadelphia, PA 19113-1510
15045436         Jefferson Regional Medical Center,    c/o CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15045438         Midland Credit Management,    P.O. Box 51319,    Los Angeles, CA 90051-5619
15045439         PA Municpal Service Co.,    336 Delaware Ave, Dept W-40,    Oakmont, PA 15139-2138
15045440         Partners in Nephro & Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
15166783        +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                  Pittsburgh, PA 15233-1828
15045445         SYNCB,    c/o Midland Funding,    2635 Northside Dr., Suite 30,    San Diego, CA 92108
15045442        +Sam's Club,    c/o Midland Funding, LLC,    P.O. Box 2001,    Warren, MI 48090-2001
15045444        +South Hills Gastro Associates,    P.O. Box 615,    Connellsville, PA 15425-0615
15045447        +United Collections Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
15045448         Waterfront Anesthesia,    P.O. Box 49,    Pittsburgh, PA 15230-0049
15045449         Waterfront Surgery Center,    495 East Waterfront Dr, Suite 110,    Homestead, PA 15120-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 09 2020 03:56:05
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15045429         E-mail/Text: legal@arsnational.com Jan 09 2020 03:42:09      ARS National Services, Inc.,
                  P.O. Box 469100,    Escondido, CA 92046-9100
15045433         E-mail/Text: cwfcu@verizon.net Jan 09 2020 03:43:48      Clairton Works Federal Credit Union,
                  121 S 2nd Ave,    Elizabeth, PA 15037
15045435         E-mail/Text: mrdiscen@discover.com Jan 09 2020 03:41:52      Discover Financial Services,
                  P.O. Box 15316,    Wilmington, DE 19850
15045437        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 09 2020 03:43:28      Key Bank,
                  4910 Tidemand Road,    Cleveland, OH 44144-2338
15045441         E-mail/Text: bankruptcydepartment@tsico.com Jan 09 2020 03:43:53      Partners in Nephro & Endo,
                  c/o Transworld Systems Inc.,    P.O. Box 15520,    Wilmington, DE 19850-5520
15045443         E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 03:40:27      Sams Club MC/SYNCB,
                  P.O. Box 960013,    Orlando, FL 32896-0013
15045814        +E-mail/PDF: gecsedi@recoverycorp.com Jan 09 2020 03:40:27      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               BANK OF AMERICA , N.A.
cr*             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                  Pittsburgh, PA 15233-1828
15045446*        SYNCB,    c/o Midland Funding,    2635 Northside Dr., Suite 30,    San Diego, CA 92108
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              Dennis J. Spyra    on behalf of Debtor Jason W. Homa attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com
              Dennis J. Spyra    on behalf of Joint Debtor Candice L. Homa attorneyspyra@dennisspyra.com,
               deborah@dennisspyra.com;missdebrastone@msn.com

```
District/off: 0315-2                User: dpas                    Page 2 of 2                  Date Rcvd: Jan 08, 2020
                                    Form ID: pdf900               Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          George M Conway    on behalf of U.S. Trustee    Office of the United States Trustee george.m.conway@usdoj.gov
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                               TOTAL: 7