| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jason W. Homa**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–8188**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Candice L. Homa**<br>First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–2581**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter  **7**       **5/2/19** |
| Case number:  **19–21818–JAD** | | Date case converted to chapter  **13**   **11/26/19** |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case                                                          12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jason W. Homa | Candice L. Homa |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 209 Underwood Ave.<br>Elizabeth, PA 15037 | 209 Underwood Ave.<br>Elizabeth, PA 15037 |
| 4. | **Debtor's attorney**<br>Name and address | Dennis J. Spyra<br>119 First Ave<br>Pittsburgh, PA 15222 | Contact phone 412–471–7675<br>Email: attorneyspyra@dennisspyra.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 1/10/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | February 3, 2020 at 01:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/3/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/4/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/29/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/3/20** at **01:00 PM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                    Case No. 19-21818-JAD
Jason W. Homa                                                             Chapter 13
Candice L. Homa
          Debtors
                                       CERTIFICATE OF NOTICE
District/off: 0315-2          User: lfin                 Page 1 of 2                   Date Rcvd: Jan 10, 2020
                              Form ID: 309I              Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db/jdb         +Jason W. Homa,    Candice L. Homa,    209 Underwood Ave.,    Elizabeth, PA 15037-1741
aty            +George M Conway,    United States Trustee,    Suite 502, U S Customs House,
                 200 Chestnut Street,    Philadelphia, PA 19106-2908
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +S. James Wallace,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15045431        CBCS,   P.O. Box 2724,    Columbus, OH 43216-2724
15181620        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
15176696       +Clairton Works Federal Credit Union,    600 State St., Unit 3,    Clairton, PA 15025-1876
15045434       +Daniel J. Santucci,    1 International Plaza, 5th Floor,    Philadelphia, PA 19113-1510
15045436        Jefferson Regional Medical Center,    c/o CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
15181624       +KeyBank N.A. as s/b/m/ to First Niagara Bank N.A.,     4910 Tiedeman Road,
                 Brooklyn, OH 44144-2338
15045438        Midland Credit Management,    P.O. Box 51319,    Los Angeles, CA 90051-5619
15045439        PA Municpal Service Co.,    336 Delaware Ave, Dept W-40,    Oakmont, PA 15139-2138
15045440        Partners in Nephro & Endo,    5171 Liberty Avenue,    Pittsburgh, PA 15224-2254
15166783       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
15045445        SYNCB,   c/o Midland Funding,    2635 Northside Dr., Suite 30,    San Diego, CA 92108
15045442       +Sam’s Club,    c/o Midland Funding,    P.O. Box 2001,    Warren, MI 48090-2001
15045444       +South Hills Gastro Associates,    P.O. Box 615,    Connellsville, PA 15425-0615
15045447       +United Collections Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
15045448        Waterfront Anesthesia,    P.O. Box 49,    Pittsburgh, PA 15230-0049
15045449        Waterfront Surgery Center,    495 East Waterfront Dr, Suite 110,    Homestead, PA 15120-1151

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: attorneyspyra@dennisspyra.com Jan 11 2020 03:22:19      Dennis J. Spyra,
                 119 First Ave,    Pittsburgh, PA 15222
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2020 03:22:55      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 11 2020 03:23:06
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Jan 11 2020 07:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15045429        EDI: ARSN.COM Jan 11 2020 07:58:00      ARS National Services, Inc.,    P.O. Box 469100,
                 Escondido, CA 92046-9100
15045430        EDI: BANKAMER.COM Jan 11 2020 07:58:00      Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
15045433        E-mail/Text: cwfcu@verizon.net Jan 11 2020 03:23:36      Clairton Works Federal Credit Union,
                 121 S 2nd Ave,    Elizabeth, PA 15037
15045432       +EDI: CITICORP.COM Jan 11 2020 07:58:00      Citicards CBNA,    P.O. Box 6217,
                 Sioux Falls, SD 57117-6217
15045435        EDI: DISCOVER.COM Jan 11 2020 07:58:00      Discover Financial Services,    P.O. Box 15316,
                 Wilmington, DE 19850
15045437       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jan 11 2020 03:23:19      Key Bank,
                 4910 Tidemand Road,    Cleveland, OH 44144-2338
15045441        E-mail/Text: bankruptcydepartment@tsico.com Jan 11 2020 03:23:40      Partners in Nephro & Endo,
                 c/o Transworld Systems Inc.,    P.O. Box 15520,    Wilmington, DE 19850-5520
15045443        EDI: RMSC.COM Jan 11 2020 07:58:00      Sams Club MC/SYNCB,    P.O. Box 960013,
                 Orlando, FL 32896-0013
15045814       +EDI: RMSC.COM Jan 11 2020 07:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA , N.A.
cr*            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
15045446*       SYNCB,   c/o Midland Funding,    2635 Northside Dr., Suite 30,    San Diego, CA 92108
                                                                                              TOTALS: 1, * 2, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2           User: lfin               Page 2 of 2            Date Rcvd: Jan 10, 2020
                               Form ID: 309I            Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
          Dennis J. Spyra    on behalf of Debtor Jason W. Homa attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          Dennis J. Spyra    on behalf of Joint Debtor Candice L. Homa attorneyspyra@dennisspyra.com,
           deborah@dennisspyra.com;missdebrastone@msn.com
          George M Conway    on behalf of U.S. Trustee   Office of the United States Trustee
           george.m.conway@usdoj.gov
          James Warmbrodt     on behalf of Creditor    BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```