**Form RSC Conciliation (Reschedule Conciliation−COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Jason W. Homa** | : | Case No. 19−21818−JAD |
| **Candice L. Homa** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

## ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

    *AND NOW,* this *The 31st of March, 2020*, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 4/23/2020 is **RESCHEDULED** to *7/2/20 at 09:00 AM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*


Dated: March 31, 2020                                                               <u>Jeffery A. Deller</u>
                                                                                      United States Bankruptcy Judge

 cm: Debtor
     Dennis Spyra, Esq.
     Ronda Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jason W. Homa  
Candice L. Homa  
    Debtors

Case No. 19-21818-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: jfur    Page 1 of 1    Date Rcvd: Mar 31, 2020  
                    Form ID: RSCcon3    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2020.  
db        +Jason W. Homa,   209 Underwood Ave.,   Elizabeth, PA 15037-1741

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2020                 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:  
      Dennis J. Spyra   on behalf of Debtor Jason W. Homa attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com  
      Dennis J. Spyra   on behalf of Joint Debtor Candice L. Homa attorneyspyra@dennisspyra.com, deborah@dennisspyra.com;missdebrastone@msn.com  
      George M Conway   on behalf of U.S. Trustee   Office of the United States Trustee george.m.conway@usdoj.gov  
      James Warmbrodt   on behalf of Creditor   BANK OF AMERICA , N.A. bkgroup@kmllawgroup.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                      TOTAL: 7