IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 19-21818 |
| Jason W. Homa and | : | |
| Candice L. Homa, | : | |
| | : | |
| Debtors | : | |
| | : | Chapter 13 |
| Jason W. Homa, | : | |
| Movant | : | Doc No. |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| United States Steel Corporation & | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Melanie Rozgonyi, Legal Assistant to, Dennis J. Spyra, Esquire do hereby certify that I have served a copy of the within *Order to Pay Trustee* upon the following individuals via first class US Mail this 9th day of May, 2020.

United States Steel Corporation
ATTN: Payroll Department
600 Grant Street
Pittsburgh, PA 15219
VIA **FACSIMILE TO 412-433-1747**

Office of the US Trustee
1001 Liberty Avenue
Liberty Ctr., Ste. 970
Pittsburgh, PA  15222

Ronda J. Winnecour
3250 USX Tower
600 Grant Street
Pittsburgh, PA  15219

Jason Homa
209 Underwood Ave.
Elizabeth, PA 15037

Dated: May 9, 2020

By:/s/Melanie Rozgonyi
Melanie Rozgonyi, Legal Assistant to
Dennis J. Spyra, Esquire
PA ID # 46188
119 First Avenue
Pittsburgh, PA  15222
412-471-7675

attorneyspyra@dennisspyra.com