IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Jason W. Homa                              :        Case No. 19-21818-JAD
Candice L. Homa                            :        Chapter 13
          Debtor(s)                        :
Ronda J. Winnecour, Chapter 13             :
Trustee                                    :        Related to Claim 6
          Movant(s)                        :        Hearing:
          vs.                              :
Jason W. Homa, Candice L. Homa and   :
Bank of America, N.A.                      :
          Respondent(s)                    :

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION FOR ORDER OF COURT (1) APPROVING TEMPORARY STOP
PAYMENT ON BANK OF AMERICA CLAIM DUE TO DIRECT DEBTOR PAYMENTS
AND (2) REDIRECTION OF RESULTING SURPLUS TO UNSECURED CREDITORS

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

Your are further notified to file with the Clerk and serve upon the undersigned Movant a response to the motion no later than December 6, 2023, i.e., twenty (20) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.  Please refer to the Judge's calendar posted on the website at www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this to your lawyer at once.

A hearing will be held on January 3, 2024, at 10:00 a.m. before Judge Jeffery A. Deller in Courtroom D, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard.  If there is an issue of fact, an evidentiary hearing will be scheduled at a late date by the Court.  An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Service:  11-16-2023            /s/ Owen W. Katz_____
                                        Owen W. Katz- PA I.D. #36473
                                        Attorney for the Chapter 13 Trustee
                                        US Steel Tower – Suite 3250
                                        600 Grant St.
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        okatz@chapter13trusteewdpa.com