**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Jason W. Homa | : | Case No. 19-21818-JAD |
| Candice L. Homa | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 | : | FILED |
| Trustee | : | 12/28/23 12:02 pm |
| Movant(s) | : | Related to Claim 6 |
| vs. | : | Hearing: |
| Jason W. Homa, Candice L. Homa and | : | Doc. # 67 |
| Bank of America, N.A. | : | CLERK |
| Respondent(s) | : | U.S. BANKRUPTCY COURT - WDPA |

## ORDER

And now, this __28th__ day of __December__, 20__23__, upon consideration of the foregoing MOTION FOR ORDER OF COURT (1) APPROVING TEMPORARY STOP PAYMENT ON BANK OF AMERICA CLAIM DUE TO DIRECT DEBTOR PAYMENTS AND (2) REDIRECTION OF RESULTING SURPLUS TO UNSECURED CREDITORS, and responses thereto, if any, it is hereby ORDERED that:

(1)   Trustee shall stop payments to Bank of America, N.A. (Cl #6) for the period from the November 2023 distribution through and included the September 2024 distribution (i.e., 11 payments), with regular monthly plan payments under the plan to the creditor to resume with the payment due in November 2024; and

(2)   The plan payments that would have otherwise been distributed to Bank of America under the plan shall be redirected to pay timely filed general unsecured creditors (thereby augmenting the estimated amount to be paid the class in the plan).

_____
United States Bankruptcy Court
Jeffery A. Deller

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-21818-JAD
Jason W. Homa  Chapter 13
Candice L. Homa
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Jason W. Homa, Candice L. Homa, 209 Underwood Ave., Elizabeth, PA 15037-1741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Joint Debtor Candice L. Homa dennis@spyralawoffice.com |
| Dennis J. Spyra | on behalf of Debtor Jason W. Homa dennis@spyralawoffice.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Marisa Myers Cohen | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Dec 28, 2023 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Bank of America N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9