CLAIRTON WORKS FEDERAL CREDIT UNION

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:
19-21818

DEBTOR(S):
JASON W. HOMA & CANDICE L. HOMA

WITHDRAWAL OF CLAIM
PLEASE WITHDRAW CLAIM 2 IN THE AMOUNT OF $296.43

CREDITOR'S SIGNATURE:

/s/ Renee Arre

CREDITOR CONTACT INFO:

CLAIRTON WORKS FEDERAL CREDIT UNION
600 STATE ST., UNIT 3
CLAIRTON, PA  15025
(412) 384-7088

DATE:

3/8/2024