**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  JASON W. HOMA<br>  CANDICE L. HOMA<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>          Movant<br>          vs.<br>  JASON W. HOMA<br>  CANDICE L. HOMA<br><br>          Respondents | Case No.19-21818JAD<br><br>Chapter 13<br><br><br>Document No. __76__<br><br>FILED<br>7/1/24 10:29 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this __1st__ day of __July__, 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

U S Steel Corp
Attn: Wage Earner Payroll Mgr*
600 Grant St-Us Steel Twr Rm 2016
Pittsburgh,PA 15219

is hereby ordered to immediately terminate the attachment of the wages of JASON W. HOMA, social security number

XXX-XX-8188.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JASON W. HOMA.

BY THE COURT:

_____jsf_____
UNITED STATES BANKRUPTCY JUDGE
JEFFERY A. DELLER

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21818-JAD |
| Jason W. Homa | Chapter 13 |
| Candice L. Homa | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 01, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason W. Homa, Candice L. Homa, 209 Underwood Ave., Elizabeth, PA 15037-1741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2024            Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor BANK OF AMERICA   N.A. dcarlon@kmllawgroup.com |
| Dennis J. Spyra | |
| | on behalf of Joint Debtor Candice L. Homa dennis@spyralawoffice.com |
| Dennis J. Spyra | |
| | on behalf of Debtor Jason W. Homa dennis@spyralawoffice.com |
| George M Conway | |
| | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Jill Manuel-Coughlin | |
| | on behalf of Creditor BANK OF AMERICA   N.A. bankruptcy@powerskirn.com |
| Marisa Myers Cohen | |
| | on behalf of Creditor Bank of America   N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jul 01, 2024 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
   cmecf@chapter13trusteewdpa.com

S. James Wallace
   on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 9