**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **JASON W. HOMA** |
| Debtor 2 (Spouse, if filing) | **CANDICE L. HOMA** |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** (State) |
| Case Number: | **19-21818JAD** |

Form 4100N

# Notice of Final Cure Payment                                                    10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of creditor:** | KEYBANK NA S/B/M FIRST NIAGARA BANK |
| **Court claim no.** (if known): | 4-2 |
| **Last 4 digits** of any number you use to identify the debtor's account | 7 1 3 7 |
| **Property Address:** | 209 UNDERWOOD AVE<br>ELIZABETH PA 15037 |

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                                                       Amount

| | | |
|---|---|---|
| a. | Allowed prepetition arrearage: | (a) $ 0.00 |
| b. | Prepetition arrearage paid by the trustee: | (b) $ 0.00 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00 |
| e. | Allowed postpetition arrearage: | (e) $ 0.00 |
| f. | Postpetition arrearage paid by the trustee: | + (f) $ 0.00 |
| g. | **Total.** Add lines b, d, and f. | (g) $ 0.00 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.
  Current monthly mortgage payment                                                                  $    $258.70
  The next postpetition payment is due on    12 / 1 / 2024
                                              MM / DD / YYYY

✎ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **JASON W. HOMA** | Case number *(if known)* | 19-21818JAD |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

/s/ Ronda J. Winnecour
Signature

Date  08/06/2024

Trustee     Ronda J. Winnecour

Address     CHAPTER 13 TRUSTEE WD PA
            600 GRANT STREET
            SUITE 3250 US STEEL TWR
            PITTSBURGH, PA  15219

Contact phone  (412) 471-5566     Email  cmecf@chapter13trusteewdpa.com

| Debtor 1 | JASON W. HOMA | Case number *(if known)* | 19-21818JAD |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 03/23/2020 | 1153735 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 265.36 |
| 04/27/2020 | 1157198 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 263.65 |
| 05/26/2020 | 1160535 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 511.08 |
| 06/26/2020 | 1163669 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 228.57 |
| 07/29/2020 | 1166796 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 358.43 |
| 08/25/2020 | 1169871 | KEYBANK NA** | AMOUNTS DISBURSED TO CREDITOR | 243.08 |
| 09/28/2020 | 1172956 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 263.06 |
| 10/26/2020 | 1176046 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 262.96 |
| 11/24/2020 | 1179127 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 334.75 |
| 12/21/2020 | 1182078 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 151.25 |
| 01/25/2021 | 1185038 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 371.49 |
| 02/22/2021 | 1188159 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 259.92 |
| 03/26/2021 | 1191440 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 368.55 |
| 04/26/2021 | 1194704 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.06 |
| 05/25/2021 | 1197842 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 326.65 |
| 06/25/2021 | 1201022 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 256.59 |
| 07/26/2021 | 1204233 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 236.39 |
| 08/26/2021 | 1207357 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 407.28 |
| 09/24/2021 | 1210476 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 292.98 |
| 10/25/2021 | 1213553 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 375.04 |
| 11/22/2021 | 1216593 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 172.66 |
| 12/23/2021 | 1219653 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 561.80 |
| 01/26/2022 | 1222726 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 392.94 |
| 02/23/2022 | 1225617 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 181.36 |
| 03/25/2022 | 1228565 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 587.72 |
| 04/26/2022 | 1231588 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 273.01 |
| 05/25/2022 | 1234621 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 413.80 |
| 06/27/2022 | 1237644 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 329.01 |
| 07/26/2022 | 1240596 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 280.56 |
| 08/24/2022 | 1243497 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 425.70 |
| 09/27/2022 | 1246362 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 423.57 |
| 10/25/2022 | 1249193 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 280.49 |
| 11/23/2022 | 1251971 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 468.38 |
| 12/22/2022 | 1254742 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 297.96 |
| 01/26/2023 | 1257470 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 02/23/2023 | 1260097 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 03/28/2023 | 1262860 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 04/25/2023 | 1265680 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 05/25/2023 | 1268532 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 06/26/2023 | 1271434 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 07/25/2023 | 1274212 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 08/25/2023 | 1276979 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 09/26/2023 | 1279736 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 10/25/2023 | 1282447 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 11/27/2023 | 1285133 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 12/21/2023 | 1287728 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 01/26/2024 | 1290400 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| 02/26/2024 | 1293074 | KEYBANK NA S/B/M FIRST NIAGARA BANK | AMOUNTS DISBURSED TO CREDITOR | 258.70 |
| | | | | 14,745.90 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

JASON W. HOMA
CANDICE L. HOMA
209 UNDERWOOD AVE.
ELIZABETH, PA  15037

DENNIS J SPYRA ESQ
1711 LINCOLN WAY
WHITE OAK, PA  15131

KEYBANK NA S/B/M FIRST NIAGARA BANK NA**
PO BOX 94968
CLEVELAND, OH  44101

KEYBANK NA**
ATTN NOTICES - BANKRUPTCY
4910 TIEDEMAN RD
BROOKLYN, OH  44144


8/6/24                                                                                      /s/ Roberta Saunier
                                                                                            _____
                                                                                            Administrative Assistant
                                                                                            Office of the Chapter 13 Trustee