IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 19-21818-JAD |
| Jason W. Homa | : | Chapter 13 |
| Candice L. Homa, | : | |
|       Debtors, | : | Document No. |
| | : | |
| Jason W. Homa | : | |
| Candice L. Homa, | : | |
|       Movants, | : | |
| | : | |
|       v. | : | |
| | : | |
| No Respondent. | : | |

## DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On August 5, 2019, at docket numbers 20 and 21, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):* Undersigned Counsel duly questioned Debtor about the statements in this Certification and verified the answers in support of this Certification.

Dated: August 12, 2024            By:    /s/ Dennis J. Spyra, Esq.
                                         Dennis J. Spyra, Esq.
                                         1711 Lincoln Way
                                         White Oak, PA 15131
                                         (412) 673-5228
                                         dennis@spyralawoffice.com
                                         PA I.D. # 46188

PAWB Local Form 24 (07/13)