**Fill in this information to identify the case**

**Debtor 1**  Jason W. Homa

**Debtor 2**  Candice L. Homa
(Spouse, if filing)

**United States Bankruptcy Court for the:** WESTERN **District of** PENNSYLVANIA
                                                                              **(State)**

**Case number**  19-21818

# Form 4100R
## Response to Notice of Final Cure Payment                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** KeyBank, NA, s/b/m First Niagara Bank, NA

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account: 7137

**Property address:** 209 Underwood Ave
          Number          Street

Elizabeth  PA  15037
   City              State       Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:     ___/___/____
                                                                MM/DD/YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:                                           (a)  $1,004.20

b.   Total fees, charges, expenses, escrow, and costs outstanding:                     (b)  $0.00

c.   Total. Add lines a and b.                                                         (c)  $1,004.20

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:    04/15/2024*
                                                                        MM/DD/YYYY

*The Trustee sent excess funds during the life of the bankruptcy. The Trustee's accounting appears to have applied the excess funds to monthly payments; however, Creditor applied the excess funds to the principal balance. Creditor will compare records with the Trustee.

Form 4100R                       **Response to Notice of Final Cure Payment**                       page **1**
24-019229_SJW

Debtor 1 ___Jason W. Homa___
        First Name     Middle Name     Last Name

Case number (if known) 19-21818

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X __/s/Stephen R. Franks_____     Date __08/27/2024__
   Signature

Print:    Stephen R. Franks        Title   Attorneys for Creditor

Company    Manley Deas Kochalski LLC

Address    P.O. Box 165028
            Number       Street

           Columbus, OH   43216-5028
            City          State       ZIP Code

Contact phone   614-220-5611       Email   amps@manleydeas.com

**Exhibit B: Schedule of Amounts Outstanding Post-Petition Claim**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney's fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Advertisement costs | | (5) | $ |
| 6. | Sheriff/auctioneer fees | | (6) | $ |
| 7. | Title costs | | (7) | $ |
| 8. | Recording fees | | (8) | $ |
| 9. | Appraisal/broker's price opinion fees | | (9) | $ |
| 10. | Property inspection fees | | (10) | $ |
| 11. | Tax advances (non-escrow) | | (11) | $ |
| 12. | Insurance advances (non-escrow) | | (12) | $ |
| 13. | Escrow shortage or deficiency (Do not include amounts that are part of any installment payment listed in Part 3.) | | (13) | $ |
| 14. | Property preservation expenses. Specify: _____ | | (14) | $ |
| 15. | 5 payments at $200.84 each. | 4/15/24 - 8/15/24 | (15) | $ 1,004.20 |
| 16. | Other. Specify: _____ | | (16) | $ |
| | Total postpetition fees, expenses, and charges. Add all of the amounts listed above. | | (17) | $ 1,004.20 |

24-019229_SJW

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-21818** |
| **Jason W. Homa** : | **Chapter 13** |
| **Candice L. Homa** : | **Judge Jeffery A. Deller** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| **KeyBank, NA, s/b/m First Niagara Bank,** : | **Related Document #** |
| **NA** : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Jason W. Homa** : | |
| **Candice L. Homa** : | |
| **Ronda J. Winnecour** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __08/27/2024__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __08/27/2024__

By: __/s/Stephen R. Franks__
Signature
__Stephen R. Franks, Esquire__
Typed Name
__P.O. Box 165028, Columbus, OH 43216-5028__
Address
__614-220-5611__
Phone No.
__0075345__
List Bar I.D. and State of Admission

24-019229_SJW

Stephen R. Franks, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Dennis J. Spyra, Attorney for Debtor, 1711 Lincoln Way, White Oak, PA  15131, dennis@spyralawoffice.com (notified by ecf)

Jason W. Homa and Candice L. Homa, Debtor, 209 Underwood Ave., Elizabeth, PA  15037 (notified by regular US Mail)

Bank of America, Party of Interest, P.O. Box 31785, Tampa, FL  33631-3785 (notified by regular US Mail)

24-019229_SJW

| Name: | Jason & Candice Homa |
|---|---|
| Case Number: | 19-21818 |
| Loan Number: | ▮▮▮▮ |

| | | | | Pre- Petition Balances: | $ - | $ - | $ - | $ - | $ - | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transaction Description | Payment Due Date | Amount Due | Transaction Date | Received Amount | Princpal | Interest | Escrow | Fee | Late Charge | Misc | Trustee Suspense | Debtor Suspense | PP PMT SUSP |
| **Pre-Petition RCVD:** | | | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | |
| **Post-Petition RCVD:** | | | | $ 18,053.53 | $ 11,907.60 | $ 6,145.93 | $ - | $ - | $ - | $ - | | | |
| Bill | 5/15/2019 | $ 325.47 | | | | | | | | | | | |
| Post-Petition PMT | | | 5/21/2019 | $ 325.47 | $ 147.23 | $ 178.24 | | | | | | | |
| Bill | 6/15/2019 | $ 327.20 | | | | | | | | | | | |
| Post-Petition PMT | | | 6/17/2019 | $ 327.20 | $ 175.74 | $ 151.46 | | | | | | | |
| Post-Petition PMT | | | 7/11/2019 | $ 322.27 | $ 178.97 | $ 143.30 | | | | | | | |
| Bill | 7/15/2019 | $ 322.27 | | | | | | | | | | | |
| Post-Petition PMT | | | 8/8/2019 | $ 258.44 | $ 183.18 | $ 75.26 | | | | | | | |
| Bill | 8/15/2019 | $ 258.44 | | | | | | | | | | | |
| Post-Petition PMT | | | 9/3/2019 | $ 258.46 | $ 183.96 | $ 74.50 | | | | | | | |
| Bill | 9/15/2019 | $ 258.46 | | | | | | | | | | | |
| Post-Petition PMT | | | 10/7/2019 | $ 258.70 | $ 187.60 | $ 71.10 | | | | | | | |
| Bill | 10/15/2019 | $ 258.70 | | | | | | | | | | | |
| Post-Petition PMT | | | 11/12/2019 | $ 258.46 | $ 185.74 | $ 72.72 | | | | | | | |
| Bill | 11/15/2019 | $ 258.46 | | | | | | | | | | | |
| Post-Petition PMT | | | 12/10/2019 | $ 258.70 | $ 188.90 | $ 69.80 | | | | | | | |
| Bill | 12/15/2019 | $ 258.70 | | | | | | | | | | | |
| Post-Petition PMT | | | 1/7/2020 | $ 258.70 | $ 187.62 | $ 71.08 | | | | | | | |
| Bill | 1/15/2020 | $ 258.70 | | | | | | | | | | | |
| Bill | 2/15/2020 | $ 258.46 | | | | | | | | | | | |
| Bill | 3/15/2020 | $ 258.70 | | | | | | | | | | | |
| Post-Petition PMT | | | 3/26/2020 | $ 265.36 | $ 188.37 | $ 76.99 | | | | | | | |
| Bill | 4/15/2020 | $ 258.70 | | | | | | | | | | | |
| Post-Petition PMT | | | 4/17/2020 | $ 115.24 | $ 115.24 | $ - | | | | | | | |
| Post-Petition PMT | | | 5/8/2020 | $ 263.65 | $ 193.61 | $ 70.04 | | | | | | | |
| Bill | 5/15/2020 | $ 258.70 | | | | | | | | | | | |
| Post-Petition PMT | | | 6/1/2020 | $ 511.08 | $ 381.21 | $ 129.87 | | | | | | | |
| Bill | 6/15/2020 | $ 258.46 | | | | | | | | | | | |
| Post-Petition PMT | | | 7/1/2020 | $ 228.57 | $ 165.73 | $ 62.84 | | | | | | | |
| Bill | 7/15/2020 | $ 257.98 | | | | | | | | | | | |
| Post-Petition PMT | | | 8/5/2020 | $ 358.43 | $ 226.90 | $ 131.53 | | | | | | | |
| Bill | 8/15/2020 | $ 181.75 | | | | | | | | | | | |
| Bill | 9/15/2020 | $ 314.47 | | | | | | | | | | | |
| Post-Petition PMT to PP PMT Suspense | | | 9/21/2020 | $ 243.08 | | | | | | | $ 243.08 | | |
| PMT from PP PMT Suspense | | | 9/29/2020 | $ - | $ 181.75 | $ 61.33 | | | | | $ (243.08) | | |
| Post-Petition PMT to PP PMT Suspense | | | 10/14/2020 | $ 263.06 | | | | | | | $ 263.06 | | |
| Bill | 10/15/2020 | $ 302.85 | | | | | | | | | | | |
| PMT from PP PMT Suspense | | | 10/23/2020 | $ - | $ 189.60 | $ 73.46 | | | | | $ (263.06) | | |
| Post-Petition PMT to PP PMT Suspense | | | 11/4/2020 | $ 262.96 | | | | | | | $ 262.96 | | |
| PMT from PP PMT Suspense | | | 11/6/2020 | $ - | $ 176.86 | $ 86.10 | | | | | $ (262.96) | | |
| Bill | 11/15/2020 | $ 306.66 | | | | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Post-Petition PMT to PP PMT Suspense | | | 12/3/2020 | $ 334.75 | | | | | | | | $ 334.75 | |
| PMT from PP PMT Suspense | | | 12/9/2020 | $ - | $ 229.06 | $ 105.69 | | | | | | $ (334.75) | |
| Bill | 12/15/2020 | $ 216.98 | | | | | | | | | | | |
| Post-Petition PMT | | | 1/11/2021 | $ 151.25 | $ 32.91 | $ 118.34 | | | | | | | |
| Bill | 1/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 2/10/2021 | $ 371.49 | $ 137.94 | $ 233.55 | | | | | | | |
| Bill | 2/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 3/2/2021 | $ 259.92 | $ 113.10 | $ 146.82 | | | | | | | |
| Bill | 3/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 4/7/2021 | $ 368.55 | $ 252.54 | $ 116.01 | | | | | | | |
| Bill | 4/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 4/30/2021 | $ 258.06 | $ 122.22 | $ 135.84 | | | | | | | |
| Bill | 5/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 6/3/2021 | $ 326.65 | $ 203.97 | $ 122.68 | | | | | | | |
| Bill | 6/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 7/2/2021 | $ 256.59 | $ 130.66 | $ 125.93 | | | | | | | |
| Bill | 7/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 7/30/2021 | $ 236.39 | $ 115.15 | $ 121.24 | | | | | | | |
| Bill | 8/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 8/31/2021 | $ 407.28 | $ 286.56 | $ 120.72 | | | | | | | |
| Bill | 9/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 9/28/2021 | $ 285.97 | $ 165.25 | $ 120.72 | | | | | | | |
| Bill | 10/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 11/1/2021 | $ 348.04 | $ 229.23 | $ 118.81 | | | | | | | |
| Bill | 11/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 12/1/2021 | $ 172.66 | $ 58.79 | $ 113.87 | | | | | | | |
| Bill | 12/15/2021 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 12/29/2021 | $ 561.80 | $ 436.58 | $ 125.22 | | | | | | | |
| Bill | 1/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 1/28/2022 | $ 392.94 | $ 273.20 | $ 119.74 | | | | | | | |
| Bill | 2/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 3/1/2022 | $ 181.36 | $ 74.48 | $ 106.88 | | | | | | | |
| Bill | 3/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 3/30/2022 | $ 587.72 | $ 469.88 | $ 117.84 | | | | | | | |
| Bill | 4/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 5/3/2022 | $ 273.01 | $ 156.81 | $ 116.20 | | | | | | | |
| Bill | 5/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 6/2/2022 | $ 413.80 | $ 306.03 | $ 107.77 | | | | | | | |
| Bill | 6/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 7/1/2022 | $ 329.01 | $ 211.27 | $ 117.74 | | | | | | | |
| Bill | 7/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 7/29/2022 | $ 280.56 | $ 171.29 | $ 109.27 | | | | | | | |
| Bill | 8/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 8/31/2022 | $ 425.70 | $ 320.85 | $ 104.85 | | | | | | | |
| Bill | 9/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 10/5/2022 | $ 423.57 | $ 305.57 | $ 118.00 | | | | | | | |
| Bill | 10/15/2022 | $ 200.84 | | | | | | | | | | | |
| Bill | 11/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 12/1/2022 | $ 468.38 | $ 253.16 | $ 215.22 | | | | | | | |
| Post-Petition PMT | | | 12/8/2022 | $ 280.49 | $ 280.49 | | | | | | | | |
| Bill | 12/15/2022 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 12/29/2022 | $ 297.96 | $ 193.84 | $ 104.12 | | | | | | | |
| Bill | 1/15/2023 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 2/2/2023 | $ 258.70 | $ 156.05 | $ 102.65 | | | | | | | |
| Bill | 2/15/2023 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 3/1/2023 | $ 258.70 | $ 149.90 | $ 108.80 | | | | | | | |
| Bill | 3/15/2023 | $ 200.84 | | | | | | | | | | | |
| Post-Petition PMT | | | 4/4/2023 | $ 258.70 | $ 164.17 | $ 94.53 | | | | | | | |

| Type | Date | Amount | Date2 | Amount2 | Amount3 | Amount4 | | | | | Suspense |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bill | 4/15/2023 | $ 200.84 | | | | | | | | | |
| Post-Petition PMT | | | 5/4/2023 | $ 258.70 | $ 154.65 | $ 104.05 | | | | | |
| Bill | 5/15/2023 | $ 200.84 | | | | | | | | | |
| Post-Petition PMT | | | 6/1/2023 | $ 258.70 | $ 165.34 | $ 93.36 | | | | | |
| Bill | 6/15/2023 | $ 200.84 | | | | | | | | | |
| Post-Petition PMT to PP PMT Suspense | | | 7/6/2023 | $ 258.70 | | | | | | | $ 258.70 |
| Bill | 7/15/2023 | $ 200.84 | | | | | | | | | |
| PMT from PP PMT Suspense | | | 7/18/2023 | $ - | $ 149.49 | $ 109.21 | | | | | $ (258.70) |
| Post-Petition PMT | | | 8/3/2023 | $ 258.70 | $ 160.02 | $ 98.68 | | | | | |
| Bill | 8/15/2023 | $ 200.84 | | | | | | | | | |
| Post-Petition PMT | | | 8/29/2023 | $ 258.70 | $ 157.48 | $ 101.22 | | | | | |
| Bill | 9/15/2023 | $ 200.84 | | | | | | | | | |
| Post-Petition PMT | | | 9/27/2023 | $ 350.00 | $ 249.59 | $ 100.41 | | | | | |
| Post-Petition PMT | | | 10/2/2023 | $ 258.70 | $ 258.70 | | | | | | |
| Post-Petition PMT | | | 10/12/2023 | $ 350.00 | $ 350.00 | | | | | | |
| Bill | 10/15/2023 | $ 200.84 | | | | | | | | | |
| Post-Petition PMT | | | 10/31/2023 | $ 258.70 | $ 167.15 | $ 91.55 | | | | | |
| Bill | 11/15/2023 | $ 200.84 | | | | | | | | | |
| Post-Petition PMT | | | 12/1/2023 | $ 258.70 | $ 159.68 | $ 99.02 | | | | | |
| Bill | 12/15/2023 | $ 200.84 | | | | | | | | | |
| Post-Petition PMT | | | 12/28/2023 | $ 258.70 | $ 166.59 | $ 92.11 | | | | | |
| Bill | 1/15/2024 | $ 200.84 | | | | | | | | | |
| Post-Petition PMT | | | 1/31/2024 | $ 258.70 | $ 170.56 | $ 88.14 | | | | | |
| Bill | 2/15/2024 | $ 200.84 | | | | | | | | | |
| Post-Petition PMT | | | 3/1/2024 | $ 258.70 | $ 159.19 | $ 99.51 | | | | | |
| Bill | 3/15/2024 | $ 200.84 | | | | | | | | | |
| Bill | 4/15/2024 | $ 200.84 | | | | | | | | | |
| Bill | 5/15/2024 | $ 200.84 | | | | | | | | | |
| Bill | 6/15/2024 | $ 200.84 | | | | | | | | | |
| Bill | 7/15/2024 | $ 200.84 | | | | | | | | | |
| Bill | 8/15/2024 | $ 200.84 | | | | | | | | | |