Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Jason W. Homa**
**Candice L. Homa**
Debtor(s)

Bankruptcy Case No.: 19−21818−JAD

Chapter: 13
Docket No.: 85 − 84

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of August, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

  **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/21/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **10/29/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/21/24.**

                                                         Jeffery A. Deller
                                                         United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                                    Case No. 19-21818-JAD

Jason W. Homa                                                                                             Chapter 13

Candice L. Homa

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                                                           User: auto                                                                                        Page 1 of 3

Date Rcvd: Aug 27, 2024                                         Form ID: 408                                                                       Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol         Definition**

**+**                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**^**                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason W. Homa, Candice L. Homa, 209 Underwood Ave., Elizabeth, PA 15037-1741 |
| 15176696 | + | Clairton Works Federal Credit Union, 600 State St., Unit 3, Clairton, PA 15025-1876 |
| 15045439 | + | PA Municpal Service Co., 336 Delaware Ave, Dept W-40, Oakmont, PA 15139-2120 |
| 15045440 | | Partners in Nephro & Endo, 5171 Liberty Avenue, Pittsburgh, PA 15224-2254 |
| 15045445 | | SYNCB, c/o Midland Funding, 2635 Northside Dr., Suite 30, San Diego, CA 92108 |
| 15045444 | + | South Hills Gastro Associates, P.O. Box 615, Connellsville, PA 15425-0615 |
| 15045448 | | Waterfront Anesthesia, P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 15045449 | | Waterfront Surgery Center, 495 East Waterfront Dr, Suite 110, Homestead, PA 15120-1151 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 27 2024 23:36:41 | KeyBank as S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:20:41 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045429 | | Email/Text: legal@arsnational.com | Aug 27 2024 23:44:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 15045430 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 15190924 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15045431 | ^ | MEBN | Aug 27 2024 23:33:58 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15045433 | | Email/Text: cwfcu@verizon.net | Aug 27 2024 23:45:00 | Clairton Works Federal Credit Union, 121 S 2nd Ave, Elizabeth, PA 15037 |
| 15181620 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:47 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15045432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:01:56 | Citicards CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15045435 | | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15045434 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Daniel J. Santucci, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15045436 | ^ | MEBN | Aug 27 2024 23:33:59 | Jefferson Regional Medical Center, c/o CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15045437 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 408 | Total Noticed: 29 |

| | | | | |
|---|---|---|---|---|
| | | | Aug 27 2024 23:45:00 | Key Bank, 4910 Tidemand Road, Cleveland, OH 44144-2338 |
| 15181624 | | ^ MEBN | Aug 27 2024 23:36:41 | KeyBank N.A. as s/b/m/ to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15045438 | | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Midland Credit Management, P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 15045441 | | Email/Text: bankruptcydepartment@tsico.com | Aug 27 2024 23:45:00 | Partners in Nephro & Endo, c/o Transworld Systems Inc., P.O. Box 15520, Wilmington, DE 19850-5520 |
| 15166783 | + | Email/Text: ebnpeoples@grblaw.com | Aug 27 2024 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15045442 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Sam's Club, c/o Midland Funding, LLC, P.O. Box 2001, Warren, MI 48090-2001 |
| 15045443 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2024 00:00:46 | Sams Club MC/SYNCB, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15045814 | | ^ MEBN | Aug 27 2024 23:37:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045447 | + | Email/Text: BAN140310@UCBINC.COM | Aug 27 2024 23:43:00 | United Collections Bureau, Inc., P.O. Box 140310, Toledo, OH 43614-0310 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA , N.A. |
| cr | | Bank of America, N.A. |
| cr | | Clairton Works FCU |
| cr | | KeyBank, NA, s/b/m First Niagara Bank, NA |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15045446 | * | SYNCB, c/o Midland Funding, 2635 Northside Dr., Suite 30, San Diego, CA 92108 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: 408 | Total Noticed: 29 |

Denise Carlon
    on behalf of Creditor BANK OF AMERICA   N.A. dcarlon@kmllawgroup.com

Dennis J. Spyra
    on behalf of Debtor Jason W. Homa dennis@spyralawoffice.com

Dennis J. Spyra
    on behalf of Joint Debtor Candice L. Homa dennis@spyralawoffice.com

George M Conway
    on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Harry B. Reese
    on behalf of Creditor BANK OF AMERICA   N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor BANK OF AMERICA   N.A. bankruptcy@powerskirn.com

Marisa Myers Cohen
    on behalf of Creditor Bank of America   N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA amps@manleydeas.com


TOTAL: 11