**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JASON W. HOMA <br> CANDICE L. HOMA <br>       Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>       Movant <br>       vs. <br> No Respondents. | Case No.:19-21818 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 26, 2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 05/02/2019 and confirmed on 2/10/20 . The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 54,774.87 |
| Less Refunds to Debtor | 1,001.56 | |
| TOTAL AMOUNT OF PLAN FUND | | 53,773.31 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,000.00 | |
|   Trustee Fee | 2,722.31 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,722.31 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF AMERICA NA** | 22,849.36 | 22,849.36 | 0.00 | 22,849.36 |
|     Acct: 3781 | | | | |
|   KEYBANK NA S/B/M FIRST NIAGARA BANK | 0.00 | 14,745.90 | 0.00 | 14,745.90 |
|     Acct: 7137 | | | | |
|   BANK OF AMERICA NA** | 0.00 | 431.12 | 0.00 | 431.12 |
|     Acct: 3781 | | | | |
| | | | | 38,026.38 |
| **Priority** | | | | |
|   DENNIS J SPYRA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON W. HOMA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON W. HOMA | 1,001.56 | 1,001.56 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENNIS SPYRA & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DENNIS SPYRA & ASSOCIATES | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CITIBANK NA** | 11,636.79 | 8,626.13 | 0.00 | 8,626.13 |
|     Acct: 2296 | | | | |
|   CLAIRTON WORKS FCU* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6039 | | | | |
|   DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4955 | | | | |
|   CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9554 | | | | |
|   PA MUNICIPAL SERVICE CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1450 | | | | |
|   PARTNERS IN NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8210 | | | | |
|   PARTNERS IN NEPHROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: 0706 | | | | |
|   SAMS CLUB | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4756 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7148 | | | | |
|   SOUTH HILLS GASTRO ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5153 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 2321 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4856 | | | | |
|   WATERFRONT ANESTHESIA ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 1981 | | | | |
|   WATERFRONT SURGERY CENTER LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 3097 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 241.13 | 178.75 | 0.00 | 178.75 |
|   Acct: 9850 | | | | |
|   CLAIRTON WORKS FCU* | 296.43 | 219.74 | 0.00 | 219.74 |
|   Acct: 6039 | | | | |
|   SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4756 | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   POWERS KIRN LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   MCCABE WEISBERG & CONWAY LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   ARS NATIONAL SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   DANIEL JOSEPH SANTUCCI ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   MIDLAND CREDIT MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 9,024.62 |

TOTAL PAID TO CREDITORS                                                            47,051.00

TOTAL CLAIMED
  PRIORITY            0.00
  SECURED        22,849.36
  UNSECURED      12,174.35

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
JASON W. HOMA
CANDICE L. HOMA
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:19-21818 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21818-JAD |
| Jason W. Homa | Chapter 13 |
| Candice L. Homa | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason W. Homa, Candice L. Homa, 209 Underwood Ave., Elizabeth, PA 15037-1741 |
| 15176696 | + | Clairton Works Federal Credit Union, 600 State St., Unit 3, Clairton, PA 15025-1876 |
| 15045439 | + | PA Municpal Service Co., 336 Delaware Ave, Dept W-40, Oakmont, PA 15139-2120 |
| 15045440 | | Partners in Nephro & Endo, 5171 Liberty Avenue, Pittsburgh, PA 15224-2254 |
| 15045445 | | SYNCB, c/o Midland Funding, 2635 Northside Dr., Suite 30, San Diego, CA 92108 |
| 15045444 | + | South Hills Gastro Associates, P.O. Box 615, Connellsville, PA 15425-0615 |
| 15045448 | | Waterfront Anesthesia, P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 15045449 | | Waterfront Surgery Center, 495 East Waterfront Dr, Suite 110, Homestead, PA 15120-1151 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 27 2024 23:36:42 | KeyBank as S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:02:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045429 | | Email/Text: legal@arsnational.com | Aug 27 2024 23:44:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 15045430 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 15190924 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 27 2024 23:42:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15045431 | ^ | MEBN | Aug 27 2024 23:34:01 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15045433 | | Email/Text: cwfcu@verizon.net | Aug 27 2024 23:45:00 | Clairton Works Federal Credit Union, 121 S 2nd Ave, Elizabeth, PA 15037 |
| 15181620 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 28 2024 00:02:41 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15045432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 27 2024 23:40:39 | Citicards CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15045435 | | Email/Text: mrdiscen@discover.com | Aug 27 2024 23:42:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15045434 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 27 2024 23:44:00 | Daniel J. Santucci, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15045436 | ^ | MEBN | Aug 27 2024 23:34:03 | Jefferson Regional Medical Center, c/o CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15045437 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 27 2024 23:45:00 | Key Bank, 4910 Tidemand Road, Cleveland, OH 44144-2338 |
| 15181624 | ^ | MEBN | | |
| | | | Aug 27 2024 23:36:44 | KeyBank N.A. as s/b/m/ to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15045438 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 27 2024 23:44:00 | Midland Credit Management, P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 15045441 | | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Aug 27 2024 23:45:00 | Partners in Nephro & Endo, c/o Transworld Systems Inc., P.O. Box 15520, Wilmington, DE 19850-5520 |
| 15166783 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Aug 27 2024 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15045442 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 27 2024 23:44:00 | Sam's Club, c/o Midland Funding, LLC, P.O. Box 2001, Warren, MI 48090-2001 |
| 15045443 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Aug 27 2024 23:41:05 | Sams Club MC/SYNCB, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15045814 | ^ | MEBN | | |
| | | | Aug 27 2024 23:37:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045447 | + | Email/Text: BAN140310@UCBINC.COM | | |
| | | | Aug 27 2024 23:43:00 | United Collections Bureau, Inc., P.O. Box 140310, Toledo, OH 43614-0310 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA , N.A. |
| cr | | Bank of America, N.A. |
| cr | | Clairton Works FCU |
| cr | | KeyBank, NA, s/b/m First Niagara Bank, NA |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15045446 | * | SYNCB, c/o Midland Funding, 2635 Northside Dr., Suite 30, San Diego, CA 92108 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 29 |

Denise Carlon
    on behalf of Creditor BANK OF AMERICA   N.A. dcarlon@kmllawgroup.com

Dennis J. Spyra
    on behalf of Debtor Jason W. Homa dennis@spyralawoffice.com

Dennis J. Spyra
    on behalf of Joint Debtor Candice L. Homa dennis@spyralawoffice.com

George M Conway
    on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov

Harry B. Reese
    on behalf of Creditor BANK OF AMERICA   N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor BANK OF AMERICA   N.A. bankruptcy@powerskirn.com

Marisa Myers Cohen
    on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA amps@manleydeas.com

TOTAL: 11