**Fill in this information to identify the case**

Debtor 1  **Jason W. Homa**

Debtor 2  **Candice L. Homa**
(Spouse, if filing)

United States Bankruptcy Court for the: **WESTERN** District of **PENNSYLVANIA**
                                                                          **(State)**

Case number  **19-21818**

# Form 4100R
## Amended Response to Notice of Final Cure Payment                       10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** KeyBank, NA, s/b/m First Niagara Bank, NA

**Court claim no.** (if known): 4-2

**Last 4 digits** of any number you use to identify the debtor's account:  7137

**Property address:** 209 Underwood Ave
                     Number        Street

Elizabeth  PA  15037
City          State    Zip Code

### Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   12/15/2024
                                                               MM/DD/YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with *§* 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:                                          (a) $_____

b.  Total fees, charges, expenses, escrow, and costs outstanding:                     (b) $_____

c.  Total. Add lines a and b.                                                         (c) $_____

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became due on:   ___/___/____
                                                                      MM/DD/YYYY

24-019229_SCS2

Debtor 1 ___Jason W. Homa___   Case number (if known) 19-21818
       First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;

☐ all fees, costs, escrow, and expenses assessed to the mortgage; and

☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

Check the appropriate box.

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Alyk L. Oflazian                        Date  09/20/2024
   Signature

Print:     Alyk L. Oflazian                   Title  Attorneys for Creditor

Company    MDK Legal

Address    P.O. Box 165028
           Number      Street

           Columbus, OH  43216-5028
           City        State       ZIP Code

Contact phone  614-220-5611              Email  amps@manleydeas.com

Form 4100R                **Response to Notice of Final Cure Payment**                page **2**

24-019229_SCS2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 19-21818** |
| **Jason W. Homa** | : **Chapter 13** |
| **Candice L. Homa** | : **Judge Jeffery A. Deller** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **KeyBank, NA, s/b/m First Niagara Bank, NA** | : **Related Document # 86** |
| | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Jason W. Homa** | : |
| **Candice L. Homa** | : |
| **Ronda J. Winnecour** | : |
| **Respondents.** | |

### CERTIFICATE OF SERVICE OF AMENDED RESPONSE TO NOTICE OF FINAL CURE

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) __09/20/2024__.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: __first-class mail and electronic notification__.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: __09/20/2024__

By: __/s/Alyk L. Oflazian__
Signature
Alyk L. Oflazian, Esquire
Typed Name
P.O. Box 165028, Columbus, OH 43216-5028
Address
614-220-5611
Phone No.
312912
List Bar I.D. and State of Admission

24-019229_SCS2

Alyk L. Oflazian, Attorney for Creditor, MDK Legal, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov (notified by ecf)

Ronda J. Winnecour, Chapter 13 Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA  15219, cmecf@chapter13trusteewdpa.com (notified by ecf)

Dennis J. Spyra, Attorney for Debtor, 1711 Lincoln Way, White Oak, PA  15131, dennis@spyralawoffice.com (notified by ecf)

Jason W. Homa and Candice L. Homa, Debtor, 209 Underwood Ave., Elizabeth, PA  15037 (notified by regular US Mail)

Bank of America, Party of Interest, P.O. Box 31785, Tampa, FL  33631-3785 (notified by regular US Mail)

24-019229_SCS2