IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/20/24 2:35 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In re: :
: Case No.: 19-21818
Jason W. Homa : Chapter 13
Candice L. Homa : Judge Jeffery A. Deller
: * * * * * * * * * * * * * * * * * *

**Debtor(s)**

:
KeyBank, NA, s/b/m First Niagara Bank, : Date and Time of Hearing
NA : Place of Hearing
Movant, : September 24, 2024 at 10:00 a.m.
vs :
: Courtroom D, 54th Floor, U.S. Steel Tower
: 600 Grant Street, Pittsburgh, PA 15219
Jason W. Homa :
Candice L. Homa :
Ronda J. Winnecour : Related Document #92 and 86

**Respondents.**

## ORDER OF COURT

AND NOW, this __20th__ day of __September__, 2024, upon consideration of the Motion to Continue the Hearing on Chapter 13 Trustee's Reply to Response to Notice of Final Cure and for good cause shown, the September 24, 2024 Hearing is continued to __29th__ day of __October__, 2024 at 10:00 AM in Courtroom D, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh PA 15219.  Parties may also participate via Zoom with Judge Deller.

JEFFERY A. DELLER, JUDGE
UNITED STATES BANKRUPTCY COURT

24-019229_SCS2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21818-JAD |
| Jason W. Homa | Chapter 13 |
| Candice L. Homa | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason W. Homa, Candice L. Homa, 209 Underwood Ave., Elizabeth, PA 15037-1741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA amps@manleydeas.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA   N.A. dcarlon@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor Jason W. Homa dennis@spyralawoffice.com |
| Dennis J. Spyra | on behalf of Joint Debtor Candice L. Homa dennis@spyralawoffice.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Harry B. Reese | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

Jill Manuel-Coughlin
    on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

Marisa Myers Cohen
    on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA amps@manleydeas.com

TOTAL: 12