| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jason W. Homa | Social Security number or ITIN xxx–xx–8188 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Candice L. Homa | Social Security number or ITIN xxx–xx–2581 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 19–21818–JAD | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jason W. Homa                                  Candice L. Homa

<u>10/24/24</u>                                  **By the court:** <u>Jeffery A. Deller</u>
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21818-JAD |
| Jason W. Homa | Chapter 13 |
| Candice L. Homa | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 24, 2024 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason W. Homa, Candice L. Homa, 209 Underwood Ave., Elizabeth, PA 15037-1741 |
| 15176696 | + | Clairton Works Federal Credit Union, 600 State St., Unit 3, Clairton, PA 15025-1876 |
| 15045439 | + | PA Municpal Service Co., 336 Delaware Ave, Dept W-40, Oakmont, PA 15139-2120 |
| 15045440 | | Partners in Nephro & Endo, 5171 Liberty Avenue, Pittsburgh, PA 15224-2254 |
| 15045445 | | SYNCB, c/o Midland Funding, 2635 Northside Dr., Suite 30, San Diego, CA 92108 |
| 15045444 | + | South Hills Gastro Associates, P.O. Box 615, Connellsville, PA 15425-0615 |
| 15045448 | | Waterfront Anesthesia, P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 15045449 | | Waterfront Surgery Center, 495 East Waterfront Dr, Suite 110, Homestead, PA 15120-1151 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Oct 25 2024 03:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2024 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Oct 25 2024 03:23:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 24 2024 23:29:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | ^ MEBN | Oct 24 2024 23:25:37 | KeyBank as S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + EDI: PRA.COM | Oct 25 2024 03:23:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045429 | Email/Text: legal@arsnational.com | Oct 24 2024 23:29:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 15045430 | EDI: BANKAMER | Oct 25 2024 03:23:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 15190924 | EDI: BANKAMER | Oct 25 2024 03:23:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15045431 | ^ MEBN | Oct 24 2024 23:25:42 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15045433 | Email/Text: cwfcu@verizon.net | Oct 24 2024 23:29:00 | Clairton Works Federal Credit Union, 121 S 2nd |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 3180W | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | Ave, Elizabeth, PA 15037 |
| 15181620 | | EDI: CITICORP | Oct 25 2024 03:23:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15045432 | + | EDI: CITICORP | Oct 25 2024 03:23:00 | Citicards CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15045435 | | EDI: DISCOVER | Oct 25 2024 03:23:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15045434 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2024 23:29:00 | Daniel J. Santucci, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15045436 | ^ | MEBN | Oct 24 2024 23:25:42 | Jefferson Regional Medical Center, c/o CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15045437 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 24 2024 23:29:00 | Key Bank, 4910 Tidemand Road, Cleveland, OH 44144-2338 |
| 15181624 | ^ | MEBN | Oct 24 2024 23:25:36 | KeyBank N.A. as s/b/m/ to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15045438 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2024 23:29:00 | Midland Credit Management, P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 15045441 | | Email/Text: bankruptcydepartment@tsico.com | Oct 24 2024 23:29:00 | Partners in Nephro & Endo, c/o Transworld Systems Inc., P.O. Box 15520, Wilmington, DE 19850-5520 |
| 15166783 | + | Email/Text: ebnpeoples@grblaw.com | Oct 24 2024 23:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15045442 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2024 23:29:00 | Sam's Club, c/o Midland Funding, LLC, P.O. Box 2001, Warren, MI 48090-2001 |
| 15045443 | | EDI: SYNC | Oct 25 2024 03:23:00 | Sams Club MC/SYNCB, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15045814 | ^ | MEBN | Oct 24 2024 23:25:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045447 | + | Email/Text: BAN140310@UCBINC.COM | Oct 24 2024 23:29:00 | United Collections Bureau, Inc., P.O. Box 140310, Toledo, OH 43614-0310 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA , N.A. |
| cr | | Bank of America, N.A. |
| cr | | Clairton Works FCU |
| cr | | KeyBank, NA, s/b/m First Niagara Bank, NA |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15045446 | * | SYNCB, c/o Midland Funding, 2635 Northside Dr., Suite 30, San Diego, CA 92108 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 24, 2024 | Form ID: 3180W | Total Noticed: 31 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024              Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor BANK OF AMERICA   N.A. dcarlon@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor Jason W. Homa dennis@spyralawoffice.com |
| Dennis J. Spyra | on behalf of Joint Debtor Candice L. Homa dennis@spyralawoffice.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA   N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA   N.A. bankruptcy@powerskirn.com |
| Marisa Myers Cohen | on behalf of Creditor Bank of America   N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor KeyBank  NA, s/b/m First Niagara Bank, NA amps@manleydeas.com |

TOTAL: 11