IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JASON W. HOMA
CANDICE L. HOMA
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:19-21818 JAD

Chapter 13

Document No.: 84

FILED
10/24/24 11:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 24th day of October, 20 24, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21818-JAD |
| Jason W. Homa | Chapter 13 |
| Candice L. Homa | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 24, 2024 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason W. Homa, Candice L. Homa, 209 Underwood Ave., Elizabeth, PA 15037-1741 |
| 15176696 | + | Clairton Works Federal Credit Union, 600 State St., Unit 3, Clairton, PA 15025-1876 |
| 15045439 | + | PA Municpal Service Co., 336 Delaware Ave, Dept W-40, Oakmont, PA 15139-2120 |
| 15045440 | | Partners in Nephro & Endo, 5171 Liberty Avenue, Pittsburgh, PA 15224-2254 |
| 15045445 | | SYNCB, c/o Midland Funding, 2635 Northside Dr., Suite 30, San Diego, CA 92108 |
| 15045444 | + | South Hills Gastro Associates, P.O. Box 615, Connellsville, PA 15425-0615 |
| 15045448 | | Waterfront Anesthesia, P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 15045449 | | Waterfront Surgery Center, 495 East Waterfront Dr, Suite 110, Homestead, PA 15120-1151 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Oct 24 2024 23:25:38 | KeyBank as S/B/M to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 24 2024 23:40:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045429 | | Email/Text: legal@arsnational.com | Oct 24 2024 23:29:00 | ARS National Services, Inc., P.O. Box 469100, Escondido, CA 92046-9100 |
| 15045430 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2024 23:29:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 15190924 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 24 2024 23:29:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 15045431 | ^ | MEBN | Oct 24 2024 23:25:43 | CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15045433 | | Email/Text: cwfcu@verizon.net | Oct 24 2024 23:29:00 | Clairton Works Federal Credit Union, 121 S 2nd Ave, Elizabeth, PA 15037 |
| 15181620 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2024 23:40:15 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15045432 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 24 2024 23:40:15 | Citicards CBNA, P.O. Box 6217, Sioux Falls, SD 57117-6217 |
| 15045435 | | Email/Text: mrdiscen@discover.com | Oct 24 2024 23:29:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 15045434 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2024 23:29:00 | Daniel J. Santucci, 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 15045436 | ^ | MEBN | Oct 24 2024 23:25:43 | Jefferson Regional Medical Center, c/o CBCS, P.O. Box 2724, Columbus, OH 43216-2724 |
| 15045437 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 24 2024 23:29:00 | Key Bank, 4910 Tidemand Road, Cleveland, OH 44144-2338 |
| 15181624 | ^ | MEBN | Oct 24 2024 23:25:38 | KeyBank N.A. as s/b/m/ to First Niagara Bank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 15045438 | | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2024 23:29:00 | Midland Credit Management, P.O. Box 51319, Los Angeles, CA 90051-5619 |
| 15045441 | | Email/Text: bankruptcydepartment@tsico.com | Oct 24 2024 23:29:00 | Partners in Nephro & Endo, c/o Transworld Systems Inc., P.O. Box 15520, Wilmington, DE 19850-5520 |
| 15166783 | + | Email/Text: ebnpeoples@grblaw.com | Oct 24 2024 23:29:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15045442 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 24 2024 23:29:00 | Sam's Club, c/o Midland Funding, LLC, P.O. Box 2001, Warren, MI 48090-2001 |
| 15045443 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 24 2024 23:40:10 | Sams Club MC/SYNCB, P.O. Box 960013, Orlando, FL 32896-0013 |
| 15045814 | ^ | MEBN | Oct 24 2024 23:25:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15045447 | + | Email/Text: BAN140310@UCBINC.COM | Oct 24 2024 23:29:00 | United Collections Bureau, Inc., P.O. Box 140310, Toledo, OH 43614-0310 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA , N.A. |
| cr | | Bank of America, N.A. |
| cr | | Clairton Works FCU |
| cr | | KeyBank, NA, s/b/m First Niagara Bank, NA |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15045446 | * | SYNCB, c/o Midland Funding, 2635 Northside Dr., Suite 30, San Diego, CA 92108 |

TOTAL: 4 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2024          Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2024 at the address(es) listed below:

**Name**                        **Email Address**

| | |
|---|---|
| Denise Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com |
| Dennis J. Spyra | on behalf of Debtor Jason W. Homa dennis@spyralawoffice.com |
| Dennis J. Spyra | on behalf of Joint Debtor Candice L. Homa dennis@spyralawoffice.com |
| George M Conway | on behalf of U.S. Trustee Office of the United States Trustee george.m.conway@usdoj.gov |
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Marisa Myers Cohen | on behalf of Creditor Bank of America N.A. ecfmail@mwc-law.com, mcohen@mwc-law.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor KeyBank NA, s/b/m First Niagara Bank, NA amps@manleydeas.com |

TOTAL: 11